Prob12A
(NCW Rev. 2/04)

FILED
CHARLOTTE, N.C.

MAR 24 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT

for the

## Western District of North Carolina
## Report on Offender Under Supervision

Name of Offender: **Randy Withers**  Case Number: 3:99CR196-01

Name of Sentencing Judicial Officer: The Honorable Richard L. Voorhees, U.S. District Judge

Date of Original Sentence: 08/15/2001  Register Number: 15158058  PACTS Number: 8453

Original Offense: Carry and Use of a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18:924(c)(1)

Original Sentence: 60 months imprisonment; 5 years Supervised Release. Special conditions: $100 special assessment (paid); Pay $796 costs of Court appointed counsel (Remitted).
01/30/2006: Supervised Release term revoked and offender sentenced to six (6) months imprisonment. Defendant has been designated to FCI - Elkton, OH with a 04/04/2006 self-report date.

Type of Supervision: Supervised Release  Date Supervision Commenced: 10/11/2005

## NON-COMPLIANCE SUMMARY

On 10/11/2005, this defendant was released to the term of Supervised Release in the Western District of North Carolina, Charlotte Division. On 01/30/2006, the term of Supervised Release was revoked and a sentence of six (6) months imprisonment was imposed. The defendant was allowed to remain on bond pending designation for service of the federal sentence. He has received a designation date of 04/04/2006; in which, he is to report for service of the sentence. On 03/21/2006, the defendant reported to the probation office, and, when confronted with a drug test, admitted that he had used marijuana on the evening of 03/18/2006. As a result, this notification is being forwarded to the Court's attention with a request for guidance as to how the Court wishes to proceed.

Prob 12A                                   2

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **DRUG/ALCOHOL USE (Date violation concluded: 03/21/2006).** The defendant has violated the condition of supervision that states, "The defendant shall refrain from excessive use of alcohol and shall not unlawfully purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as duly prescribed by a licensed physician," in that, the defendant admitted using marijuana on the evening of 03/18/2006 when confronted with a drug test during an office visit on 03/21/2006. |

U.S. Probation Officer Action: Notification to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by _____
Brian L. Hopkins
U.S. Probation Officer
704/350-7648

Date: 03/21/2006

[✓] No Action
[ ] Submit a Request for Warrant or Summons
[ ] Other _____

_3-27-06_                     _____
Date                          Signature of Judicial Officer